UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-314-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>McCOY JORDAN, Jr. | ORDER TO SEAL |

On motion of the Defendant, McCoy Jordan, Jr., and for good cause shown, it is hereby ORDERED that the **[DE 38]** be sealed until further notice by this Court.

SO ORDERED. This 23 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge